# United States Court of Appeals
## For the First Circuit

------------

No. 09-1759

SAM and TONY M., by Next Friend Gregory C. Elliott;
CAESAR S., by Next Friend Kathleen J. Collins; DAVID T.,
by Next Friend Mary Melvin; BRIANA, ALEXIS, CLARE, and
DEANNA H., by Next Friend Gregory C. Elliott; and
DANNY and MICHAEL B., by Next Friend Gregory C. Elliott;
for themselves and those similarly situated,
Plaintiffs, Appellants,

v.

DONALD L. CARCIERI, in his official capacity as Governor
of the State of Rhode Island; JANE A. HAYWARD, in her
official capacity as Secretary of the Executive Office of
Health & Human Services; and PATRICIA MARTÍNEZ, in her
official capacity as Director of the Department of
Children, Youth and Families,
Defendants, Appellees.

------------

**ERRATA SHEET**

The opinion of this Court issued on June 18, 2010, is amended as follows:

On p. 3, n.1, line 9: replace "Danny and Michael M." with "Danny and Michael B.";

On p. 18, n.10, line 7: replace "dully" with "duly".